WILLIAM GLEASON, Respondent, *v.* CALVIN H. BELL, Appellant.

(Argued October 22, 1885 ; decided November 24, 1885.)

*Calvin H. Bell*, appellant, in person.

*J. B. Gleason* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

HIRAM CLARK, Appellant *v.* SIDNEY STILLMAN et al., as Commissioners, etc., Respondents.

(Submitted October 23, 1885 ; decided November 24, 1885.)

*Daniel W. Guernsey* for appellant.

*W. Farrington* for respondents.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

THE BANK OF NOVA SCOTIA, Respondent, *v.* JAMES G. HAMILTON et al., Appellants.

(Argued October 26, 1885 ; decided November 24, 1885.)

*William J. Hardy* for appellants.

*John B. Whiting* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.